United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff and Respondent,

    v.

DION LEROY JOHNSON,

    Defendant and Movant.
_____/

No. CR 04-0163 PJH
C 07-4467 PJH/07-5943 PJH

**ORDER ON MOTIONS**

1. Petitioner's motion to proceed in forma pauperis filed September 6, 2007, in C 07-4467 is DENIED based on the funds available in his prisoner account.

2. In response to petitioner's September 24, 2007 letter in C 07-4467 requesting notification regarding the name of appointed counsel, the court advises petitioner that the Sixth Amendment's right to counsel does not apply in the instant post-conviction proceedings. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). Additionally, based on its review of petitioner's filings, the court finds that the interests of justice do not require the appointment of counsel in the instant proceedings. *See* 18 U.S.C. § 3006A(g).

3. Petitioner's November 9, 2007, motion to amend his 18 U.S.C. § 2255 motion (erroneously titled a motion to amend a § 2241 petition) filed in C 07-4467 is DENIED. The attached amended motion is duplicative of the § 2255 motions already filed in C 07-5943 and C 07-4467, and consolidated by this court's January 15, 2008 order.

4. The court GRANTS petitioner's November 9, 2007 letter request for copies of the original petition filed in C 07-4467 (formerly SBA, now PJH) and a copy of the current

docket sheet for that case. The court directs the clerk of the court to provide petitioner with those copies.

5. The court further notes that in addition to the § 2255 petitions filed in C 07-4467 PJH and 07-5943 PJH, on November 9, 2007, petitioner filed a separate petition under 28 U.S.C. § 2241 in case no. C 07-4467 requesting transfer back to the Northern District of California from Beaumont, Texas. This petition which, unlike the other § 2255 petitions, challenges the *execution* of petitioner's sentence is properly construed as a § 2241 petition. *See United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984).

Liberally construed, this claim appears colorable under 28 U.S.C. § 2241 and merits an answer from respondent. The court has not yet issued an order to show cause as to this petition. Accordingly, respondents shall file with the court and serve on petitioner, **no later than February 15, 2008**, an answer showing cause why a writ of habeas corpus should not be issued as to petitioner's § 2241 claim only. Respondent shall file with the answer and serve on petitioner a copy of all portions of the record that are relevant to a determination of the issues presented by the petition. If the petitioner wishes to respond to the answer, he shall do so by filing a reply with the court and serving it on respondent **no later than March 17, 2008.**

**IT IS SO ORDERED.**

Dated: January 17, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge